UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.W. individually and on behalf of her child J.C., a minor,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2022_

22 Civ. 4653 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation and order dated November 29, 2022. ECF No. 22. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by December 21, 2022, to be so-ordered by the Court. *See* ECF No. 21. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    SO ORDERED.

Dated: November 30, 2022
       New York, New York

                                                  ANALISA TORRES
                                      United States District Judge